■ INFLIGHT ADVERTISING, INC., et al., Respondents, v BINDIT CORPORATION et al., Appellants. — Order of the Supreme Court, Nassau County (Kelly, J.), dated May 27, 1981, affirmed, with $50 costs and disbursements. No opinion.

Defendants' time to pay the fines is extended until 20 days after service upon them of a copy of the order to be made hereon, with notice of entry. Damiani, J. P., Lazer, Brown and Niehoff, JJ., concur.